B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Jack W. Gooding, Chapter 13 Trustee<br>P O Box 8202<br>Little Rock, AR 72221 | **DEFENDANTS** Ally Bank<br>c/o Michael G. Rhodes, CEO<br>P.O. Box 380901<br>Bloomington, MN 55438 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE THE VALIDITY OF LIEN AND TO AVOID LIEN

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR  SHAMILLE LEWIS | BANKRUPTCY CASE NO.  4:24-bk-11838 | | |
| DISTRICT IN WHICH CASE IS PENDING  EASTERN DISTRICT OF ARKANSAS | DIVISION OFFICE  CENTRAL DIVISION | NAME OF JUDGE  Bianca M. Rucker | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)  **/s/ Jack W. Gooding** | | | |
| DATE  June 12, 2025 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Jack W. Gooding | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | | |
|---|---|---|
| **RE:** | **SHAMILLE LEWIS** | **CASE NO: 4:24-bk-11838** |
| | **Debtor** | **Chapter 13** |

| | |
|---|---|
| **JACK W. GOODING, CHAPTER 13 TRUSTEE,**    ) | |
| ) | |
| **Plaintiff**                      ) | |
| ) | |
| **VS.**                            ) | |
| )  **ADV. PRO. NO. _____** | |
| **ALLY BANK**                       ) | |
| ) | |
| **Defendant**                      ) | |

**COMPLAINT TO DETERMINE THE VALIDITY OF LIEN,
AND TO AVOID LIEN**

Comes now Jack W. Gooding, Chapter 13 Standing Trustee in the above styled case, and requests this Court determine the extent and validity of lien and to avoid the lien of the Defendant, Ally Bank, and in support thereof states as follows:

1. The Court has jurisdiction of this matter pursuant to 28 U.S.C. §157 and 11 U.S.C. §§ 544 and 545.

2. The debtor filed for Chapter 13 bankruptcy relief on June 5, 2024. The plaintiff, Jack Gooding, was appointed Trustee of the debtor's bankruptcy estate.

3. The creditor, Ally Bank, had the debtor execute a Retail Installment Sale Contract on April 11, 2024, which reflected a security interest in a 2014 Chevrolet Impala Limited Sedan 4D LTZ 3.6L V6.

4. The plaintiff's interest in the above-described 2014 Chevrolet Impala, having a vin number of 2G1WC5E39E1180892, is superior to the lien of Ally Bank. The lien of Ally Bank should be determined to be invalid as to the plaintiff and avoided. Pursuant to 11 U.S.C. § 550, the plaintiff is entitled to the value of the 2014 Chevrolet Impala, having a vin number of

2G1WC5E39E1180892, which the Trustee estimates to be approximately $8,599.00 per the schedules filed by the Debtor (See Exhibit A).

5. The Trustee alleges that the vehicle is subject to Arkansas' Vehicle Titling Statute, which requires the lien be noted on the vehicle's Certificate of Title in order to be perfected pursuant to Arkansas Code Annotated §27-14-801. That pursuant to Arkansas Code Annotated §27-14-903 the registration of the vehicle must be completed within 60 days of the transfer or purchase of the vehicle.

6. The Arkansas Interactive Title Registration and Lien Report Summary provides that a lien was created 7/24/2024 which is outside the statutory 60 days window for a purchase on 4/11/2024 as well as after the Debtor's bankruptcy filing (See Ex. B Lien Report). Therefore, the Trustee requests the Court determine the Bank's lien to be invalid and avoid the lien of the defendant, pursuant to 11 U.S.C. § 544.

7. Once Ally Bank's lien is avoided, the vehicle will create unencumbered and non-exempt assets with a value of approximately $$8,599.00. As such, the distribution towards unsecured creditors shall be adjusted to reflect these unencumbered and non-exempt assets pursuant to 11 U.S.C. §1325 (a)(4).

WHEREFORE, the Trustee respectfully requests that the transfer of the security interest in 2014 Chevrolet Impala to the defendant be avoided and disallowed, that the distribution to unsecured creditors be adjusted to reflect the best interest created by this unencumbers and non-exempt asset, and for all other just and proper relief.

Respectfully submitted,

Dated: June 12, 2025

/s/ Jack W. Gooding
Jack W. Gooding, Chapter 13 Standing Trustee
P O Box 8202
Little Rock, AR 72221
(501) 537-4400

**CERTIFICATE OF SERVICE**

  I, Jack W. Gooding, Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing document has been mailed this day June 12, 2025,

via Certified Mail:
Ally Bank
4515 N. Santa Fe Ave, Dept APS
Oklahoma City, OK 73118

Ally Bank
c/o Michael G. Rhodes, CEO
P.O. Box 380901
Bloomington, MN 55438

Via regular mail:
Shamille Lewis
2000 Lewis Street
Little Rock, AR 72201

via electronic through ECF:
Walden Cash, Cash Law Firm, Attorney for Debtor.

              /s/ Jack W. Gooding
              Jack W. Gooding

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Shamille** First Name | Middle Name | **Lewis** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS | | |
| Case number | | | |

**Exhibit A**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Chevrolet**
   Model: **Impalla**
   Year: **2014**
   Approximate mileage: 
   Other information:

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$8,599.00**
   Current value of the portion you own? **$8,599.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=> **$8,599.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                    Schedule A/B: Property                    page 1

# Arkansas Interactive Title Registration and Lien Report Summary

Thu Apr 24 14:21:40 CDT 2025

INFORMATION NETWORK OF ARKANSAS SUBSCRIPTION SERVICE

## Arkansas ITRL Summary

**Exhibit B**

### Vehicle Information

| | | |
|---|---|---|
| **Type:** (PC) Club Cab Pickup | **Color:** GRAY | **Purchase Date:** 2024-04-11 |
| **Year:** 2014 | **Make:** CHEVROLET | **Model:** IMPALA LIMITED |
| **VIN:** 2G1WC5E39E1180892 | **No. of Cylinders:** 6 | **Weight:** 3649 |
| **Dismantled:** | **Stop Process:** | **Stop Process Date:** N/A |

### Registration Information

| | |
|---|---|
| **License No.:** AZL11D | **Inv. Type:** Passenger Car |
| **Decal No.:** | **Expiration Date:** 2025-07-31 |
| **Registration Status:** In Suspense | **PPAN:** 683917P |
| | **PPAN County:** 60 |

### Owner Information

SHAMILLE LEWIS

2000 LEWIS ST
LITTLE ROCK AR 722043974

### Title Information

| | | |
|---|---|---|
| **Title Brand:** | **Odometer Reading:** 83306 | **Odometer Code:** (3) Actual |
| **Title No.:** 761015458069 | **Date Issued:** N/A | |
| **Prev. Title No:** 761014138132 | **Pr. Title Info:** STDMAL | **Pr. Title ST:** AR |

**Title Lien 1:** ALLY FINANCIAL
PO BOX 8101
COCKEYSVILLE MD 210308101

**Contract Date:** 2024-04-11    **Release Date:** N/A

**Title Lien 2:**

**Contract Date:** **Release Date:**

**Title Lien 3:**

**Contract Date:** **Release Date:**

**Title Lien 4:**

**Contract Date:** **Release Date:**

**Direct Lien 1** ALLY FINANCIAL
PO BOX 8101
COCKEYSVILLE MD 210308101

**VIN:** 2G1WC5E39E1180892

| | | | |
|---|---|---|---|
| **Creation Date:** | 2024-07-24 | **Payoff Date:** | 2029-07-24 |
| **Contract Date:** | 2024-04-11 | **Release Date:** | N/A |
| **Letter of Permission:** | | **Filing Number:** | 319476832 |

**Debtors** LEWIS, SHAMILLE
2000 LEWIS ST
LITTLE ROCK AR 722043974

**Use the print function in your browser to print this record.**
**Records are not stored. You will be charged $1.50 for each new search.**

[Search Again]

[Order Certified Copy]

\* The following parameters were used for this search: reg-vin=2GlWC5E39E1180892,username=matthewmcginness

If you are having trouble retreiving your results, please fill out a trouble ticket form.